FILED
June 25, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002733886

LAW OFFICES OF de BIE and CROZIER, LLP
W. Scott de Bie, State Bar No. 88612
1107 Second Street, Suite 220
Sacramento, California 95814
(916) 442-4545

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

In re:

LLOYD L. WILDER
SHERRYL J. WILDER

Debtors

Case No. 10-35928-A-7
DC No. SdB-2

<u>MOTION TO TO COMPEL TRUSTEE TO ABANDON PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. SECTION 554(b) AND BANKRUPTCY RULE 6007(b).</u>

Date: August 2, 2010
Time: 9:00 a.m.
Courtroom 28
Judge Michael S. McManus

COME NOW Debtors, to allege as follows:

1. Debtors filed the within Chapter 7 petition on June 17, 2010.

2. Debtors listed an interest in their business known as Sherryl's Daycare on Schedule B. Debtors exempted said property in Schedule C.

3. Debtors desire to have said property abandoned on the basis that it is burdensome to the estate and of inconsequential value to the estate.

WHEREFORE, Debtors pray:

1

1. For an Order Compelling the Trustee to abandon said property of the estate.

2. For such other and further relief as the Court may deem just.

Date: 6/24/10

Law Offices of de Bie and Crozier, LLP

By: _____
W. Scott de Bie
Attorneys for Debtors